IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 16 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PEANUTS WORLDWIDE, LLC,

-against-

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Case No. 21-cv-01193

Defendant PandS ("Answering Defendant") a sole proprietorship responds to the allegations contained in Plaintiff's Complaint as follows:

1. Answering Defendant denies the allegations contained in paragraphs 1 through 3, 20 through 22, 25 through 33, 35 through 40, 42 through 45 and 50 through 55 of Plaintiff's Complaint.

2. Answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 4 through 19, 23 and 47 through 49 of Plaintiff's Complaint and refers all questions of law to the Court.

3. Defendant repeats its responses to all reiterated allegations contained in paragraphs 34, 41 and, 46.

Wherefore, based upon the foregoing, the Answering Defendant prays an Order be entered dismissing Plaintiff's Complaint in its entirety and granting Answering Defendant all other appropriate relief.

Dated: April 5, 2021

_____
PandS

The attached Answer was drafted for Defendant pursuant to a limited scope retainer agreement by:

Rosenbaum, Famularo & Segall, P.C.
138A East Park Avenue
Long Beach, New York 11561
cjr@amazonsellerslawyer.com
212-256-1109